THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SRISDI KIDKARNDEE, Appellant.

Submitted March 11, 2013; decided March 21, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SELBIN MARTINEZ, Appellant.

Submitted March 18, 2013; decided March 21, 2013

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAFEEZ ODOFIN, Appellant.

Submitted March 18, 2013; decided March 21, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE RIVERA, Appellant.

Submitted March 18, 2013; decided March 21, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.